IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRACY BOZEMAN,                    )
                                  )
     Plaintiff,                   )
                                  )       CIVIL ACTION NO.
     v.                           )        2:14cv1042-MHT
                                  )             (WO)
THE CITY OF OPP, ALABAMA,         )
OPP UTILITIES DEPARTMENT,         )
and THE UTILITIES BOARD OF        )
THE CITY OF OPP,                  )
                                  )
     Defendants.                  )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement (doc. no. 40) is granted and the settlement is approved.

(2) Judgment is entered in favor of plaintiff Tracy Bozeman and against defendants City of Opp, Opp Utilities Department, and Utilities Board of the City of Opp.

    (3) In total and complete resolution of this case, plaintiff Bozeman shall have and recover from defendants City of Opp, Opp Utilities Department, and Utilities Board of the City of Opp the sum of $ 25,000.

    (4) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of June, 2015.

                /s/ Myron H. Thompson  
                **UNITED STATES DISTRICT JUDGE**